

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Mariano Zepeda DEFENDANT(S). | CASE NUMBER 12-mj-1101 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __July 24__, __2015__, at __11:30__ ☒a.m. / ☐p.m. before the Honorable __Eick__, in Courtroom __341__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __7/20/15__

_____
U.S. District Judge/Magistrate Judge